# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN ANTONIO CRUZ, | : | Civil No. 1:21-CV-00655 |
| Plaintiff, | : | |
| v. | : | |
| W.T. AUKER and L. MARZZACCO, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

# ORDER

**AND NOW**, on this 24th day of November, 2025, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT** the parties' motions in limine (Docs. 149, 153) are **DENIED WITHOUT PREJUDICE**.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania