**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOHN ANTONIO CRUZ,<br><br>Plaintiff,<br><br>v.<br><br>W.T. AUKER and<br>L. MARZZACCO,<br><br>Defendants. | : | Civil No. 1:21-CV-00655<br><br><br><br><br><br><br><br><br>Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, on this 18th day of August, 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Judgment is granted to plaintiff with respect to his claims against Defendant Auker. The Clerk of Court is directed to enter judgment in favor of Plaintiff for $1 in nominal damages and $10,000 in punitive damages against Defendant Auker;

2. The Clerk of Court is directed to enter judgment in favor of Defendant Marzzacco with respect to Plaintiff's claims against her;

3. The Clerk of Court is directed to close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania